HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Boulevard West – Suite 580
Los Angeles, CA 90068
Telephone: (310) 560-0606
Facsimile: (310) 829-0225
Email: htflaw@aol.com
Attorneys for Plaintiff STAR FABRICS, INC.

JS-6

Law Offices of S. Calvin Myung (216853)
S. Calvin Myung, Esq.
3600 Wilshire Boulevard, Suite 1818,
Los Angeles, California 90010
Telephone: (213) 382-3600
Facsimile: (213) 382-3636
scalvinmyung@sbcglobal.net
Attorneys for Defendants STARLET TEXTILE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RUE 21, INC., a Delaware Corporation; STYLES FOR LESS, INC., a California Corporation; ROSS STORES, INC., a Delaware Corporation; KHAOTIK BLEU, INC., a California Corporation; FASHION AVENUE, a Business Entity of Form Unknown; MJC CONNECTION INC., (DBA) MIND CODE, a Business Entity of Form Unknown; STARLET TEXTILE, INC., a California Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.  12-CV-01863-DMG-SS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [22]** |

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1  Plaintiff and Defendant, Starlet Textile, Inc., being parties of record in this
2 action, having reached a settlement which is reflected in a written settlement
3 agreement, and having stipulated by and through their counsel of record, and the Court
4 having accepted the stipulation of these parties,
5  IT IS HEREBY ORDERED that the above-entitled action shall be, and hereby
6 is, DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(ii) of the Federal Rules
7 of Civil Procedure, and that each of these parties shall bear its own attorneys' fees and
8 costs.
9  IT IS SO ORDERED.

11 Dated: September 21, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE