1  HOOTAN TROY FARAHMAND (SBN: 230345)
   3575 Cahuenga Boulevard West – Suite 580
2  Los Angeles, CA 90068
   Telephone: (310) 560-0606
3  Facsimile: (310) 829-0225
   Email: htflaw@aol.com
4  Attorneys for Plaintiff STAR FABRICS, INC.

JS-6

5  Law Offices of S. Calvin Myung (216853)
   S. Calvin Myung, Esq.
6  3600 Wilshire Boulevard, Suite 1818,
   Los Angeles, California 90010
7  Telephone: (213) 382-3600
   Facsimile: (213) 382-3636
8  scalvinmyung@sbcglobal.net
   Attorneys for Defendants STARLET TEXTILE, INC.
9

10                   UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13  STAR FABRICS, INC., a California corporation,   Case No. 12-CV-01863-DMG-SS

14           Plaintiff,                              **ORDER OF DISMISSAL WITH PREJUDICE [22]**

15      v.

16  RUE 21, INC., a Delaware Corporation; STYLES FOR LESS, INC., a California Corporation; ROSS
17  STORES, INC., a Delaware Corporation; KHAOTIK BLEU, INC., a California Corporation;
18  FASHION AVENUE, a Business Entity of Form Unknown; MJC CONNECTION INC., (DBA)
19  MIND CODE, a Business Entity of Form Unknown; STARLET TEXTILE, INC., a
20  California Corporation; and DOES 1 through 10,

21           Defendants.

22
23
24
25
26
27
28

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1      Plaintiff and Defendant, Starlet Textile, Inc., being parties of record in this
2 action, having reached a settlement which is reflected in a written settlement
3 agreement, and having stipulated by and through their counsel of record, and the Court
4 having accepted the stipulation of these parties,

5      IT IS HEREBY ORDERED that the above-entitled action shall be, and hereby
6 is, DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(ii) of the Federal Rules
7 of Civil Procedure, and that each of these parties shall bear its own attorneys' fees and
8 costs.

9      IT IS SO ORDERED.

11 Dated: September 21, 2012

                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE